

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RCH/JP/JS/AXB                         *610 Federal Plaza*
F. #2022R01030                         *Central Islip, New York 11722*

August 21, 2023

By ECF

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Samuel Miele
              Criminal Docket No. 23-327 (JS)

Dear Judge Seybert:

        The government respectfully writes in the above-captioned matter to request that the Court enter an order of excludable delay pursuant to Title 18, United States Code, Section 3161(h)(7)(A) from today's date through September 5, 2023.  The defendant joins in this request.

        By way of background, on August 15, 2023, a grand jury sitting in the Eastern District of New York returned an indictment charging the defendant with four counts of wire fraud and one count of aggravated identity theft.  The following day, the defendant surrendered to law enforcement authorities and was arraigned on the indictment.  At that time, the defendant did not consent to the entry of an order of excludable delay under Title 18, United States Code, Section 3161(h)(7)(A).

        Since that date, the parties have engaged in meaningful discussions about possible dispositions of this matter without the need for a trial.  The parties are jointly requesting that the Court exclude the time from today's date through September 5, 2023, to allow the parties to focus on those discussions instead of trial preparation.  The parties

respectfully submit that the ends of justice served by such an excludable delay outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BREON PEACE
United States Attorney

By: *Ryan C. Harris*
    Ryan C. Harris
    Anthony Bagnuola
    Laura Zuckerwise
    Assistant U.S. Attorneys
    (718) 254-7000

    COREY R. AMUNDSON
    Chief, Public Integrity Section
    U.S. Department of Justice

By: *Jacob R. Steiner*
    Jacob R. Steiner
    John P. Taddei
    Trial Attorneys, Public Integrity Section
    U.S. Department of Justice

cc:    Counsel for Samuel Miele (by ECF)
       Clerk of the Court (JS) (by ECF)